IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 4 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02387-WDM-BNB

MICHELL SPENCER,

    Plaintiff,

v.

TOTAL LONGTERM CARE,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: 12/13/06

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02387-WDM-BNB

Michell Spencer
P.O. Box 64
Indian Hills, CO 80454

US Marshal Service
Service Clerk
Service forms for: Total Longterm Care


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Total Longterm Care: TITLE VII COMPLAINT Filed 11/29/06, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on /2-14-06.

GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* | |
|---|---|---|
| PLAINTIFF<br>Michell Spencer | COURT CASE NUMBER<br>06-cv-02387-WDM-BNB | |
| DEFENDANT<br>Total Longterm Care | TYPE OF PROCESS<br>s/c | |

| **SERVE** ➡ **AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Total Longterm Care |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>200 E. 9th Ave., Denver, CO 80203 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br><br>Michell Spencer<br>P.O. Box 64<br>Indian Hills, CO 80454 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of:<br>Deputy Clerk *[signature]* | X PLAINTIFF<br><br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>12/14/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. | | |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|