IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02387-WDM-BNB

MICHELL SPENCER,

Plaintiff,

v.

TOTAL LONGTERM CARE,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **June 12, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated May 29, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge